**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

# Official Form 401
## Chapter 15 Petition for Recognition of a Foreign Proceeding     12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

| | | |
|---|---|---|
| 1. | **Debtor's name** | Novelion Therapeutics Inc. |
| 2. | **Debtor's unique identifier** | **For non-individual debtors:**<br>☑ Federal Employer Identification Number (EIN)  9 8 – 0 4 5 5 7 0 2<br>☐ Other _____. Describe identifier _____.<br><br>**For individual debtors:**<br>☐ Social Security number: xxx – xx– ____ ____ ____ ____<br>☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ____ ____ ____ ____<br>☐ Other _____. Describe identifier _____. |
| 3. | **Name of foreign representative(s)** | Alvarez & Marsal Canada Inc. |
| 4. | **Foreign proceeding in which appointment of the foreign representative(s) occurred** | File No. S1913050 - Supreme Court of British Columbia, Vancouver Registry |
| 5. | **Nature of the foreign proceeding** | *Check one:*<br>☐ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | **Evidence of the foreign proceeding** | ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br><br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br><br>☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached. See documents attached to the Verified Petition, filed contemporaneously herewith. |
| 7. | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☑ Yes |

Debtor **Novelion Therapeutics Inc.**
Name

Case number (*if known*)_____

| 8. | **Others entitled to notice** | Attach a list containing the names and addresses of: |
|---|---|---|
| | | (i) all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | | (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | | (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

9. **Addresses**

**Country where the debtor has the center of its main interests:**

Canada

**Debtor's registered office:**

400 Burrard Street, Suite 1680
Number    Street

_____
P.O. Box

Vancouver, BC          V6C 3A6
City    State/Province/Region    ZIP/Postal Code

Canada
Country

**Individual debtor's habitual residence:**

_____
Number    Street

_____
P.O. Box

_____
City    State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

400 Burrard Street, Suite 1680
Number    Street

_____
P.O. Box

Vancouver, BC          V6C 3A6
City    State/Province/Region    ZIP/Postal Code

Canada
Country

10. **Debtor's website** (URL)    www.novelion.com

11. **Type of debtor**

*Check one:*

❏ Non-individual (*check one*):

☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

❏ Partnership

❏ Other. Specify: _____

❏ Individual

| Debtor | Novelion Therapeutics Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ /s/ Anthony Tillman                           Anthony Tillman, S.V.P. of Alvarez & Marsal Canada Inc., in its capacity as liquidator
Signature of foreign representative             Printed name

Executed on   02/08/2021
              MM / DD / YYYY

✗ _____           _____
Signature of foreign representative             Printed name

Executed on   _____
              MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Eric Daucher                          Date   02/08/2021
Signature of Attorney for foreign representative         MM / DD / YYYY

Eric Daucher
Printed name

Norton Rose Fulbright US LLP
Firm name

1301 Avenue of the Americas
Number      Street

New York                              NY             10019
City                                  State          ZIP Code

(212) 318-3000                        eric.daucher@nortonrosefulbright.com
Contact phone                         Email address

4821831                               NY
Bar number                            State

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3