**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                           :
                                                                 :   Chapter 15
NOVELION THERAPEUTICS INC.,                                      :
                                                                 :   Case No. 21-10245 (MEW)
                                                                 :
Debtor in a Foreign Proceeding.                                  :
---------------------------------------------------------------- x

**CORPORATE OWNERSHIP STATEMENT PURSUANT**
**TO BANKRUPTCY RULES 1007(A) AND 7007.1**

Alvarez & Marsal Canada Inc., in its capacity as the liquidator (the "Petitioner") of Novelion Therapeutics Inc. (the "Company") and as the duly authorized foreign representative as defined by Section 101(24) of title 11 of the United States Code, through its United States counsel, Norton Rose Fulbright US LLP, files this Corporate Ownership Statement pursuant to Rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and states that, to the best of its knowledge and based on the Company's records and public filings, the following entities own 10% or more of any class of the Company's equity interests, as set forth below:

| Entity | Percentage of Voting Shares |
|---|---|
| Stonepine Capital Management, LLC | 19.9%[1] |
| Broadfin Capital, LLC | 12.9%[2] |
| EdgePoint Investment Group Inc. | 18.73%[3] |

[*Signature on following page*]

---

[1] Information current as of December 31, 2019.

[2] Information current as of January 9, 2020.

[3] Information current as of December 20, 2019.

Dated: February 8, 2021
      New York, New York

*/s/ Eric Daucher*
Eric Daucher
Francisco Vazquez
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 318-3000
Facsimile:  (212) 318-3400
Email:  eric.daucher@nortonrosefulbright.com
        francisco.vazquez@nortonrosefulbright.com

*Counsel to the Petitioner*