**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                           :
                                                                 :   Chapter 15
NOVELION THERAPEUTICS INC.,                                      :
                                                                 :   Case No. 21-10245 (MEW_)
Debtor in a Foreign Proceeding.                                  :
---------------------------------------------------------------- x

### LIST FILED PURSUANT TO BANKRUPTCY RULE 1007(a)(4)

Alvarez & Marsal Canada Inc., in its capacity as the liquidator and duly authorized foreign representative (the "Petitioner"), as defined under Section 101(24) of title 11 of the United States Code (the "Bankruptcy Code"), of Novelion Therapeutics Inc. (the "Company"), hereby files the following list in accordance with Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure, which provides:

> [A] foreign representative filing a petition for recognition under chapter 15 shall file with the petition . . . a list containing the names and addresses of all persons or bodies authorized to administer foreign proceedings of the debtor, all parties to litigation pending in the United States in which the debtor is a party at the time of the filing of the petition, and all entities against whom provisional relief is being sought under § 1519 of the Code.

Fed. R. Bankr. P. 1007(a)(4).

**Name and Address of Administrators in Foreign Proceedings Respecting the Debtor**

On November 18, 2019, the Company filed an application commencing proceedings (the "Canadian Proceedings") under the *Business Corporations Act*, S.B.C. 2002 c. 57 (the "BCBCA"), pending before the Supreme Court of British Columbia, Vancouver Registry (the "Canadian Court"). Thereafter, on January 9, 2020, the Canadian Court issued an order appointing the Petitioner as the liquidator of the Company (the "Liquidation Order"). Pursuant to the Liquidation Order, the Canadian Court expressly authorized the Petitioner to apply to any court for the

"recognition of [the Liquidation Order] and for assistance in carrying out the terms of this Order." *See* Liquidation Order ¶32.

The Petitioner is aware of only one foreign proceeding, as defined in Section 101(23) of the Bankruptcy Code, with regard to the Company, which is the proceeding that is the subject of the Chapter 15 petition filed in the above-captioned case. The names and addresses of the persons or bodies authorized in the Canadian Proceedings are as follows:

>   Liquidator:        Alvarez & Marsal Canada Inc.
>                      Commerce Place
>                      400 Burrard Street, Suite 1680
>                      Vancouver, BC V6C 3A6

**Litigation Parties in the United States**

The Petitioner is not aware of any litigation pending in the United States to which the Company is a party.

**Entities Against Whom Provisional Relief is Sought Under 11 U.S.C. § 1519**

By order dated December 16, 2020 (the "Interim Distribution Order"), the Canadian Court authorized the Petitioner to cause the Company to make such distribution. The Petitioner is seeking provisional relief under Section 1519 of the Bankruptcy Code in the form of an order enforcing the Interim Distribution Order in the United States, thereby making it binding on, among others, Citibank N.A., New York Branch

I, Anthony Tillman, a Senior Vice President at Alvarez & Marsal Canada Inc., in its capacity as liquidator of Novelion Therapeutics Inc., hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, information and belief, the foregoing is true and correct.

[*Signature on following page*]

Dated: February 8, 2021

                                            */s/ Anthony Tillman*
                                            Anthony Tillman, Senior Vice President
                                            Alvarez & Marsal Canada Inc.,
                                            in its capacity as Liquidator of
                                            Novelion Therapeutics Inc.